IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CELANESE CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:15-cv-03822-G |
| ONEBEACON AMERICA INSURANCE COMPANY AND RESOLUTE MANAGEMENT, INC., | § § § § § | |
| Defendants. | § § | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed *without prejudice* pursuant to Rule 41(a)(1)(A)(ii).

Date: January 9, 2017

Respectfully submitted,

By:   */s/Michael John Miguel*
Michael John Miguel (*pro hac vice*)
Brett D. Bissett (*pro hac vice*)
MCKOOL SMITH, P.C.
300 South Grand Ave., Suite 2900
Los Angeles, CA 90071
Tel: (213) 694-1200
Fax: (213) 694-1234
mmiguel@mckoolsmithhennigan.com
bbissett@mckoolsmithhennigan.com

Lacy M. Lawrence
Texas State Bar No. 24055913
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Ste. 4100
Dallas, Texas 75201
Tel: (214) 969-2800
Fax: (214) 969-4343
llawrence@akingump.com

ATTORNEYS FOR PLAINTIFF
CELANESE CORPORATION

1270326

By: */s/ Robert Hoffman*
Robert M. Hoffman
State Bar No. 09788200
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Tel: (214) 659-4653
Fax: (214) 915-1483
robhoffman@ansdrewskurth.com

Kevin J. O'Connor (*pro hac vice*)
John R. Felice (*pro hac vice*)
HERMES NETBURN O'CONNOR & SPEARING, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110
Tel: (617) 728-0050
Fax: (617) 728-0052
koconnor@hermesnetburn.com
jfelice@hermesnetburn.com

ATTORNEYS FOR DEFENDANT
ONEBEACON AMERICA INSURANCE COMPANY

By: */s/ D. Patrick Long*
D. Patrick Long (Texas Bar No. 12515500)
SQUIRE PATTON BOGGS (US) LLP
2000 McKinney Ave., Suite 1700
Dallas, Texas 75201
Tel: (214) 758-1500
Fax: (214) 758-1550
patrick.long@squirepb.com

Amanda D. Price (Texas Bar No. 24060935)
SQUIRE PATTON BOGGS (US) LLP
6200 Chase Tower
600 Travis Street
Houston, Texas 77002
Tel: (713) 546-5850
Fax: (713) 546-5830
amanda.price@squirepb.com

John M. Nonna (*pro hac vice*)
Suman Chakraborty (*pro hac vice*)
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Tel: (212) 872-9800
Fax: (212) 872-9815
john.nonna@squirepb.com
suman.chakraborty@squirepb.com

ATTORNEYS FOR DEFENDANT
RESOLUTE MANAGEMENT, INC.

1270326

## **CERTIFICATE OF SERVICE**

On January 9, 2017 electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

                                                */s/Michael John Miguel*
                                                Michael John Miguel

1270326